1    BENJAMIN B. WAGNER
      United States Attorney
2    RICHARD J. BENDER
      Assistant U.S. Attorney
3    501 I Street, Suite 10-100
      Sacramento, California 95814
4    Telephone: (916) 554-2731

**FILED**

OCT - 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH ANDREW BAIA,<br><br>    Defendant. | CASE NO. 3:11-MJ-0012 CMK<br><br>**GOVERNMENT'S MOTION TO UNSEAL COMPLAINT AND COMPLAINT AFFIDAVIT; ORDER** |

        The United States hereby moves to unseal the Complaint and Arrest Warrant in the above matter. The filings were previously sealed because the defendant was likely to flee to avoid prosecution should he become aware of the charges. The defendant was arrested during a traffic stop last weekend in Salem, New Hampshire. He will make his initial appearance in the District of New Hampshire on the Complaint issued in this case. So, sealing of the documents is no longer necessary and the government hereby requests that they be ordered unsealed.

Dated: October 3, 2011

                           BENJAMIN B. WAGNER
                           United States Attorney

                           by: Richard J. Bender
                           Assistant United States Attorney

//

1

1    [Government's motion to unseal Complaint in Case No. 3:11-MJ-0012 (page two)]

2

3    It is SO ORDERED,

4    this 3th day of October, 2011

5

6                              KENDALL J. NEWMAN
                             U.S. Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28